```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2798
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  SUKWINDER DEOL,              )   CV F 06-1606 AWI-TAG
                                 )
11         Plaintiff,            )
                                 )
12     v.                        )
                                 )   DEFENDANT'S REQUEST FOR AN
13  MICHAEL CHERTOFF, et. al.,   )   EXTENSION OF TIME AND PROPOSED
                                 )   ORDER THEREON
14         Defendants.           )
    _____)
15
16       The United States hereby requests a 60-day extension of time
17  until March 9, 2007, to file its answer.  This motion is based
18  on the attached declaration of Assistant U.S. Attorney Carolyn K.
19  Delaney.
20  DATED: December 28, 2006          Respectfully submitted,
21                                    McGREGOR W. SCOTT
                                      United States Attorney
22
                                      /s/ Carolyn K. Delaney
23
                                      By
24                                    CAROLYN K. DELANEY
                                      Assistant U.S. Attorney
25  ///
    ///
26  ///
    ///
27  ///
    ///
28
                              1
```

1  Pursuant to the defendant's request for an extension of time, it
2  is hereby **ordered** that the defendant be granted an extension of
3  time until March 9, 2007.
4      IT IS SO ORDERED
5  DATED: January 4, 2006

Honorable Theresa A. Goldner
United States Magistrate Judge