IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHWINDER DEOL,          ) | CV F 06-1606 AWI TAG |
|                           ) | |
|           Plaintiff,      ) | ORDER VACATING APRIL 9, 2007 |
|     v.                    ) | DATE AND TAKING MOTION TO |
|                           ) | DISMISS UNDER SUBMISSION |
|                           ) | |
| MICHAEL CHERTOFF, SECRETARY ) | |
| OF HOMELAND SECURITY, et al., ) | |
|                           ) | |
|           Defendants.     ) | |
| _____) | |

   Defendants have filed a motion to dismiss this action for lack of jurisdiction.   Pursuant to Local Rule 78-230(c), Plaintiff was required to file any opposition no later than March 26, 2007.  Plaintiff has not filed an opposition or notice of non-opposition to Defendants' motion.  Due to Plaintiff's failure to file a timely opposition, Plaintiff is entitled to be heard at oral argument in opposition to Defendants' motion.  See 78-230(c). The court has reviewed Defendants motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See  Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED:

   1.   The previously set hearing date of April 9, 2007,  is VACATED, and no party shall appear at that time;

      2.     As of April 9, 2007, the court will take Defendants' motion under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **April 3, 2007**                      **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE